**EXHIBIT 2
TO COMPLAINT
CASE NO: 1:06CV00650**

**NATIONAL TRUST**
*for* HISTORIC PRESERVATION.

*Protecting the Irreplaceable*

<u>Certified Mail, Return Receipt Requested</u>

April 16, 2003

Mr. James Kearns
President
National Architectural Trust
1906 R Street, N.W.
Washington DC 20009

Re: The National Architectural Trust

Dear Jim:

You will recall that we were scheduled to meet on April 8, 2004, to discuss the National Architectural Trust, but that you called a day earlier to cancel that meeting. Your voicemail message indicated that you needed time to review the concerns we raised in our letter of March 31, 2004, and that you would call to reschedule the meeting.

Since we have not heard further from you, I am writing to renew my request for a meeting. In addition, because we continue to await a resolution of our longstanding claim that the National Architectural Trust is infringing upon the trademark rights of the National Trust, we ask that the meeting be scheduled expeditiously.

If you are not willing to meet, or if we do not receive a written response to our letter before April 30, 2004, you should consider this letter as notice that we are prepared to take action to protect our legal interests.

Please call my assistant Patrick Lang at 202-588-6036 to schedule a meeting.

Sincerely,

Paul W. Edmondson
Vice President & General Counsel

cc:   Richard Moe, President
      Thompson Mayes, Deputy General Counsel
      Timothy D. Casey, Esq., Fried Frank Harris, Shriver, & Jacobson LLP


*Recipient of the National Humanities Medal*

1785 MASSACHUSETTS AVENUE, NW • WASHINGTON, DC 20036
202.588.6000 • FAX: 202.588.6038 • TTY: 202.588.6200 • WWW.NATIONALTRUST.ORG