**EXHIBIT 3
TO COMPLAINT
CASE NO: 1:06CV00650**


**NATIONAL ARCHITECTURAL TRUST**

WASHINGTON, DC OFFICE
1906 R STREET NW
SUITE 100
WASHINGTON, DC 20009
1 (888) 831-2107
FAX: (202) 797-5295
www.natarchtrust.org

April 20, 2004

Mr. Andy Cooley
Lighthouse Underwriters, LLC
7630 Little River Turnpike, Suite 200
Annandale, Virginia 22003

Dear Mr. Cooley:

I am writing to inform you that the National Architectural Trust (the Trust) has been notified by the National Trust for Historic Preservation that they may pursue legal action against the Trust for trademark infringement. See attached letter from Paul Edmondson, Vice President and General Counsel for the National Trust for Historic Preservation.

The Trust believes this claim to be wholly without merit. However, we thought it prudent to inform you of the potential for legal action.

Please call me if you have any questions or need any additional information.

Sincerely,

Victoria C. McCormick
Vice President of Operations
  and Finance
(202) 797-5290 ext 11

Enclosure