IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ARCHITECTURAL TRUST et al, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 1:06cv00650 ) Judge: Richard J. Leon ) Deck Type: Contract |
| GREAT AMERICAN INSURANCE COMPANIES, et al., | ) Date Stamp: 4/7/2006 ) ) |
| Defendants. | ) |

CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Great American Insurance Companies requests a 30-day enlargement of time, until June 12, 2006, to respond to Plaintiff's Complaint. This enlargement of time is necessary to allow Great American Insurance Company adequate time to respond to the Plaintiffs' allegations. Plaintiffs' counsel has consented to this request for an enlargement of time.

Respectfully submitted,

/s/ Ruth Eisenberg
_____
RUTH EISENBERG, DC Bar No. 367683
Harmon, Curran, Spielberg & Eisenberg, LLP
1726 M St., NW, Suite 600
Washington, DC 20036
(202) 328-3500
COUNSEL FOR DEFENDANT
GREAT AMERICAN INSURANCE COMPANIES

Dated: May 19, 2006

CERTIFICATE OF SERVICE

I hereby certify that on the 19th[st] day of May, 2006, a copy of the foregoing Defendants' Consent Motion to Enlarge Time to Respond to Complaint and proposed Order was served by first class mail, postage pre-paid, on:

Roger A. Colaizzi
Stephen E. Marshall
Venable LLP
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, MD 21201

_____
Ruth Eisenberg

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ARCHITECTURAL TRUST )<br>et al, )<br> )<br>   Plaintiffs, )<br> )<br>vs. )<br> )<br>GREAT AMERICAN INSURANCE )<br>COMPANIES, et al., )<br> )<br>   Defendants. ) | Case No. 1:06cv00650<br>Judge: Richard J. Leon<br>Deck Type: Contract<br>Date Stamp: 4/7/2006 |

## ORDER

Upon consideration of Defendant Great American Insurance Companies' Consent Motion for Enlargement of Time to Respond to Complaint and the entire record herein, it is hereby

ORDERED that Defendant Great American Insurance Companies' Consent Motion for Enlargement of Time to Respond to Complaint be, and the same hereby is, GRANTED, and it is

FURTHER ORDERED that the Defendant Great American Insurance Companies be permitted until June 11, 2006 to respond to the Plaintiffs' Complaint.

SO ORDERED this _____ day of _____, 2006.

_____
Richard J. Leon
United States District Judge