UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ARCHITECTURAL TRUST, *et al.* ) ) ) **Plaintiffs** ) ) v. ) ) GREAT AMERICAN INSURANCE ) COMPANIES, *et al.* ) ) **Defendants** ) | Case Number: 06cv650 (RJL) |

### NOTICE OF DISMISSAL
### OF ACTION WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), National Architectural Trust requests that this Court enter an Order dismissing this action, *National Architectural Trust, et al. v. Great American Insurance Companies, et al.*, 06cv650, without prejudice.

None of the adverse parties have moved for summary judgment, answered or otherwise responded to the Complaint.

Date:                                                                 Respectfully submitted,

                                                                            _____
                                                                            Roger A. Colaizzi
                                                                            VENABLE LLP
                                                                            575 7th Street, N.W.
                                                                            Washington, D.C. 20004-1601
                                                                            Phone: (202) 344-8051

                                                                            Counsel for Plaintiff
                                                                            National Architectural Trust

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Dismissal was sent by email and first-class mail this 21st day of August, 2006, to:

Ruth Eisenberg, Esquire
Harmon, Curran, Spielberg & Eisenberg, LLP
1726 M Street, N.W., Suite 600
Washington, DC  20036

Christopher B. Mulvihill, Esquire
Winget, Spadafora & Schwartzberg, LLP
45 Broadway
New York, NY  10006

Roger A. Colaizzi